RECEIVED
JAN 16 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# EXHIBIT ONE

## FAA Report

4/10/2018                                        Federal Aviation Administration



**Federal Aviation Administration**

U.S Department of Transportation
Federal Aviation Administration
Airman Details Report

**Personal Information:**
ANGELO PETER EFTHIMIATOS

98 PEACH HILL RD
NORTH SALEM NY 10560-1324
County: WESTCHESTER
Country: USA

**Medical Information:**
Medical Class: First  Medical Date: 5/2011
BasicMed Course Date: None  BasicMed CMEC Date: None

**Certificate Information:**
Certificate: AIRLINE TRANSPORT PILOT

For further information, you may contact the Airmen Certification Branch at toll free (866) 878-2498.

# EXHIBIT TWO

**Vermont Complaint**

AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2018 APR 10  AM 10: 23

CLERK

BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Angelo Peter Efthimiatos | ) Case No. 2:18-mj-38 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9-10, 2018__ in the county of __Rutland__ in the _____ District of __Vermont__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 49 USC 46317 | knowingly and willfully serving in any capactly as an airman operating an aircraft in air transportation without an airman's certificate authorizing him to serve in that capacity, to wit, serving as the pilot of a Piper Aircraft, tail number N4563F, without a certificating authorizing him to serve as the pilot of such plane. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Brandon Hope
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/10/2018__

_____
*Judge's signature*

City and state: __Burlington, Vermont__    Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

# EXHIBIT THREE

**Iowa Arrest Warrant**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
USMS S/IOWA
2018 APR 12 P 1:40

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:13-cr-00015 |
| ANGELO PETER EFTHIMIATOS | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Angelo Peter Efthimiatos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Supervised Release Violation (see petition).

Date: 04/12/2018

Issued by U.S. District Judge Stephanie M. Rose
*Issuing officer's signature*

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: [signature]
DEPUTY CLERK

City and state: Davenport, Iowa

### Return

This warrant was received on *(date)* 4/12/18, and the person was arrested on *(date)* 4/12/18
at *(city and state)* Rutland, VT.

Date: 4/12/18

[signature]
*Arresting officer's signature*

SDUSM Sean M. O'Neal
*Printed name and title*

# EXHIBIT FOUR

Vermont Indictment

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 APR 26  PM 2: 52

CLERK
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
) NO. 2:18-cr-49-1
v. )
) (49 U.S.C. § 46306)
ANGELO EFTHIMIATOS )

### INDICTMENT

The Grand Jury charges:

#### COUNT 1

1. At all times relevant to the indictment:

    a. The Federal Aviation Administration ("FAA"), an agency of the United States Department of Transportation, was responsible for the safety of all persons occupying and operating domestic aircraft. This agency was further responsible for certifying and regulating the pilots of civil aircraft. The FAA discharged this responsibility by issuing regulations that, among other things, determine the qualifications of domestic pilots. Specifically in order to lawfully pilot a civil aircraft, an individual must obtain an FAA Pilot Certificate.

    b. On or about July 1, 2014, the FAA revoked ANGELO EFTHIMIATOS's pilot certificate, number 3212215. The revocation order advised ANGELO EFTHIMIATOS that no future application for an airman's certificate would be accepted by the FAA and that his certificate was revoked for life.

    c. Between in or about January 2018 and in or about March 2018, on at least four separate occasions, ANGELO ETHIMIATOS purchased fuel for aircraft in preparation for flight or after landing at the Rutland-Southern Vermont Regional Airport (RUT) in North

Clarendon, Vermont. The fuel purchases included purchases for a Piper aircraft with tail number N4563F.

      d. In the Spring of 2018, N4563F made multiple trips of short duration, often traveling late at night between small airports like Newport State Airport in Rhode Island (UUU), Nantucket Airport in Nantucket, MA (ACK) and Rutland-Southern Vermont Regional Airport (RUT) after those airports had closed. ANGELO EFTHIMIATOS acted as a pilot for at least some of these trips.

    2. Between on or about April 9, 2018 and on or about April 10, 2018, in the District of Vermont and elsewhere, the defendant ANGELO EFTHIMIATOS knowingly and willfully served in any capacity as an airman without an airman's certificate authorizing him to serve in that capacity, in that he piloted N4563F from Nantucket, MA (ACK) to North Clarendon, Vermont (RUT).

(49 U.S.C. §46306(b)(7))

A TRUE BILL

FOREPERSON

*Christina Nolan by EAPC*
CHRISTINA E. NOLAN (EAPO)
United States Attorney
Burlington, Vermont
April 26, 2018

2

# EXHIBIT FIVE

Vermont Docket

**2:18-cr-00049-cr All Defendants** USA v. Efthimiatos
Date filed: 04/26/2018
Date of last filing: 01/09/2019

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed & Entered: 04/10/2018 | Complaint |
| 2 | Filed & Entered: 04/10/2018<br>Terminated: 04/10/2018 | Motion for Detention |
| 3 | Filed: 04/10/2018<br>Entered: 04/11/2018 | Financial Affidavit - CJA23 |
| 4 | Filed: 04/10/2018<br>Entered: 04/11/2018 | Initial Appearance |
| 5 | Filed: 04/10/2018<br>Entered: 04/11/2018 | Order Appointing Public Defender |
| 6 | Filed: 04/10/2018<br>Entered: 04/11/2018 | Order of Detention |
| 7 | Filed & Entered: 04/11/2018 | Notice of Hearing |
| 8 | Filed & Entered: 04/13/2018 | Waiver of Preliminary Hearing |
| 9 | Filed & Entered: 04/23/2018 | Notice of Appearance |
| 10 | Filed & Entered: 04/26/2018 | Indictment |
| 11 | Filed & Entered: 04/27/2018 | Notice of Hearing |
| 12 | Filed & Entered: 05/04/2018 | Waiver of Presence at Arraignment |
| 13 | Filed & Entered: 05/04/2018 | Arraignment |
| 14 | Filed & Entered: 05/04/2018 | Criminal Pretrial Scheduling Order |
| 15 | Filed & Entered: 07/18/2018 | Notice of Hearing |
| 16 | Filed & Entered: 07/27/2018<br>Terminated: 07/31/2018 | Motion for Reconsideration |
| 17 | Filed & Entered: 07/30/2018 | Response in Opposition to Motion |
| 18 | Filed & Entered: 07/31/2018 | Pretrial Conference |
| 19 | Filed & Entered: 07/31/2018 | Notice of Hearing |
| 20 | Filed & Entered: 08/07/2018 | Order |
| 21 | Filed & Entered: 08/15/2018<br>Terminated: 08/17/2018 | Motion to Continue |
| 22 | Filed & Entered: 08/17/2018 | Order on Motion to Continue |
| 23 | Filed & Entered: 08/21/2018<br>Terminated: 09/04/2018 | Motion to Withdraw as Attorney |
| 24 | Filed & Entered: 08/23/2018 | Notice of Hearing on Motion |
|  | Filed & Entered: 09/04/2018 | CJA 20 - Appointment |
|  | Filed & Entered: 09/04/2018 | Add and Terminate Attorneys |
| 25 | Filed & Entered: 09/04/2018 | Motion Hearing |
| 26 | Filed & Entered: 09/04/2018 | Notice of Hearing |

| | | | |
|---|---|---|---|
| 27 | Filed & Entered: | 09/13/2018 | Application for Search Warrant |
| 29 | Filed & Entered: | 09/14/2018 | Notice of Hearing |
| 30 | Filed & Entered: | 09/24/2018 | Notice of Docket Entry Correction - (ECF Admin Only) |
| 31 | Filed & Entered: | 09/26/2018 | Search and Seizure Warrant Returned Executed |
| 32 | Filed & Entered: | 10/03/2018 | Jury Selection |
| 33 | Filed & Entered: | 10/03/2018 | Jury Seating Arrangement |
| 34 | Filed & Entered: | 10/12/2018 | Transcript |
| 35 | Filed & Entered: | 10/17/2018 | Transcript |
| 36 | Filed & Entered:<br>Terminated: | 10/17/2018<br>10/17/2018 | Motion to File Under Seal |
| 37 | Filed & Entered: | 10/17/2018 | Notice of Docket Entry Correction - (ECF Admin Only) |
| 38 | Filed & Entered: | 10/17/2018 | Order on Motion to File Under Seal |
| 39 | Filed & Entered: | 10/19/2018 | Redacted Transcript |
| 40 | Filed & Entered: | 10/19/2018 | Notice of Hearing |
| | Filed & Entered: | 11/05/2018 | Add and Terminate Attorneys |
| 41 | Filed & Entered: | 11/14/2018 | Proposed Jury Instructions |
| 42 | Filed & Entered:<br>Terminated: | 11/15/2018<br>11/19/2018 | Motion for Reconsideration |
| 43 | Filed & Entered: | 11/15/2018 | Response in Opposition to Motion |
| 44 | Filed & Entered: | 11/18/2018 | Proposed Jury Instructions |
| | Filed & Entered: | 11/19/2018 | Receipt for Passport |
| 45 | Filed & Entered: | 11/19/2018 | Pretrial Conference |
| 46 | Filed & Entered: | 11/19/2018 | Order Setting Conditions of Release |
| 47 | Filed & Entered:<br>Terminated: | 11/20/2018<br>11/21/2018 | Motion for Reconsideration |
| 48 | Filed & Entered: | 11/20/2018 | Notice of Hearing on Motion |
| 49 | Filed & Entered:<br>Terminated: | 11/20/2018<br>11/29/2018 | Motion in Limine |
| 50 | Filed & Entered: | 11/21/2018 | Notice of Hearing on Motion |
| 51 | Filed & Entered: | 11/21/2018 | Motion Hearing |
| 52 | Filed & Entered: | 11/21/2018 | Order of Detention |
| 53 | Filed & Entered:<br>Terminated: | 11/21/2018<br>11/30/2018 | Motion to Dismiss/Speedy Trial |
| 54 | Filed & Entered:<br>Terminated: | 11/21/2018<br>12/04/2018 | Motion in Limine |
| 55 | Filed & Entered:<br>Terminated: | 11/21/2018<br>11/29/2018 | Motion in Limine |
| 56 | Filed & Entered: | 11/26/2018 | Notice of Hearing on Motion |
| 57 | Filed & Entered: | 11/28/2018 | Response in Opposition to Motion |
| 58 | Filed & Entered: | 11/28/2018 | Response in Opposition to Motion |
| 59 | Filed & Entered: | 11/28/2018 | Response in Opposition to Motion |
| 60 | Filed & Entered: | 11/29/2018 | Notice of Docket Entry Correction - (ECF Admin Only) |
| 61 | Filed & Entered: | 11/29/2018 | Response in Opposition to Motion |

| | | | |
|---|---|---|---|
| 63 | Filed:<br>Entered: | 11/29/2018<br>11/30/2018 | Motion Hearing |
| 62 | Filed & Entered: | 11/30/2018 | Order |
| 64 | Filed & Entered: | 12/03/2018 | SEALED EVENT (Sealed - No NEF) |
| 65 | Filed & Entered: | 12/03/2018 | SEALED EVENT (Sealed - No NEF) |
| 66 | Filed & Entered: | 12/03/2018 | Order |
| 67 | Filed & Entered: | 12/04/2018 | Notice of Hearing |
| 68 | Filed & Entered: | 12/04/2018 | Order |
| 69 | Filed & Entered: | 12/04/2018 | Telephone Conference |
| 70 | Filed:<br>Entered: | 12/05/2018<br>12/06/2018 | Jury Trial |
| 71 | Filed & Entered: | 12/06/2018 | Jury Charge |
| 72 | Filed & Entered: | 12/06/2018 | Jury Trial |
| 73 | Filed & Entered: | 12/06/2018 | Jury Verdict |
| 74 | Filed & Entered: | 12/06/2018 | Jury Notes |
| 75 | Filed & Entered: | 12/06/2018 | Jury Notes |
| 76 | Filed & Entered: | 12/06/2018 | Exhibit List |
| 77 | Filed & Entered: | 12/06/2018 | Exhibit List |
| 78 | Filed & Entered: | 12/06/2018 | Exhibit List |
| | Filed & Entered: | 12/11/2018 | Document Unsealed |
| 79 | Filed & Entered: | 12/12/2018 | Notice of Hearing |
| 80 | Filed & Entered:<br>Terminated: | 12/19/2018<br>12/19/2018 | Motion to Continue |
| 81 | Filed & Entered: | 12/19/2018 | Order on Motion to Continue |
| 82 | Filed & Entered:<br>Terminated: | 12/19/2018<br>12/27/2018 | Motion for Reconsideration |
| 83 | Filed & Entered: | 12/27/2018 | Order on Motion for Reconsideration |
| 84 | Filed & Entered:<br>Terminated: | 12/28/2018<br>01/02/2019 | Motion to Extend Time |
| 85 | Filed & Entered: | 01/02/2019 | Order on Motion to Extend Time |
| 86 | Filed & Entered: | 01/09/2019 | Notice of Hearing |
| 87 | Filed & Entered: | 01/09/2019 | Procedural and Scheduling Order |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2019 15:44:08 | | | |
| PACER Login: | dancarpenter:4066878:0 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 2:18-cr-00049-cr |
| Billable Pages: | 3 | Cost: | 0.30 |

# EXHIBIT SIX

**Iowa Docket**

**3:13-cr-00015-SMR-HCA-1** USA v. Efthimiatos et al
Date filed: 03/19/2013
Date terminated: 06/19/2014
Date of last filing: 01/07/2019

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | Filed & Entered: | 02/20/2013 | Add and Terminate Judges |
|  | Filed & Entered: | 02/20/2013 | Case Unsealed |
|  | Filed & Entered: | 02/20/2013 | Arrest. |
| 1 | Filed & Entered: | 02/20/2013 | Complaint |
| 2 | Filed & Entered: | 02/20/2013 | Initial Appearance |
| 3 | Filed & Entered: Terminated: | 02/20/2013 02/25/2013 | Motion for Detention |
| 4 | Filed & Entered: | 02/20/2013 | Order of Detention |
| 5 | Filed & Entered: | 02/22/2013 | Order |
| 6 | Filed & Entered: | 02/25/2013 | Preliminary Hearing |
| 7 | Filed & Entered: | 02/25/2013 | Detention Hearing |
| 8 | Filed & Entered: | 02/25/2013 | Order on Motion for Detention |
| 9 | Filed & Entered: | 02/25/2013 | Exhibit List |
|  | Filed & Entered: | 03/21/2013 | Case Unsealed |
|  | Filed & Entered: | 03/21/2013 | Add and Terminate Judges |
| 11 | Filed & Entered: | 03/21/2013 | Indictment (Sealed) |
| 12 | Filed & Entered: | 03/21/2013 | Redacted Document. |
| 13 | Filed & Entered: | 03/21/2013 | Grand Jury Presentment |
| 14 | Filed & Entered: | 03/29/2013 | Arraignment |
| 15 | Filed & | 03/29/2013 | Order Setting Trial |

| | Entered: | | Clerk to USCA |
|---|---|---|---|
| 275 | Filed & Entered: | 03/01/2016 | Exhibits Withdrawal Letter |
| 276 | Filed & Entered: | 03/01/2016 | Exhibits Withdrawal Letter |
| 277 | Filed & Entered: | 03/10/2016 | Exhibits Returned to Counsel |
| 278 | Filed & Entered: | 03/10/2016 | Exhibits Returned to Counsel |
| 287 | Filed & Entered: | 12/07/2017 | Order on Status Report |
| 288 ℝ | Filed & Entered: | 12/07/2017 | Summons Issued |
| | Filed & Entered: | 12/27/2017 | CJA Attorney Appointment |
| 289 ℝ | Filed & Entered: | 01/03/2018 | Summons Returned Executed |
| 290 ℝ | Filed & Entered: | 01/17/2018 | Initial Appearance - Violation Proceedings |
| 291 | Filed & Entered: | 01/17/2018 | Status Conference |
| 292 | Filed: Entered: | 01/17/2018 01/19/2018 | CJA23 - Financial Affidavit. |
| 293 ℝ | Filed: Entered: | 01/17/2018 01/19/2018 | Order Appointing Public Defender or CJA Panel Attorney |
| 296 ℝ | Filed: Entered: | 01/19/2018 01/20/2018 | Order |
| 294 ℝ | Filed & Entered: | 01/20/2018 | Exhibit List |
| 295 ℝ | Filed & Entered: | 01/20/2018 | Exhibits Returned to Counsel |
| 298 ℝ | Filed & Entered: | 04/12/2018 | Motion for Revocation of Supervised Release |
| 299 ℝ | Filed & Entered: | 04/12/2018 | Order on Motion for Warrant |
| 303 ℝ | Filed: Entered: | 10/15/2018 10/22/2018 | Notice (Other) |
| 302 | Filed & Entered: | 10/16/2018 | Transcript |
| 304 ℝ | Filed & Entered: | 10/22/2018 | Notice (Other) |
| 305 ℝ | Filed & Entered: | 10/22/2018 | Notice (Other) |
| | Filed: Entered: | 11/19/2018 11/20/2018 | Arrest - Other District |
| 311 ℝ | Filed: Entered: | 12/12/2018 12/13/2018 | Motion for Miscellaneous Relief |

| | | | |
|---|---|---|---|
| 312 *Filed & Entered:* | 12/21/2018 | Rule 5(c)(3) Documents Received. | |
| 313 *Filed & Entered:* | 01/07/2019 | Motion to Dismiss | |
| 314 *Filed & Entered:* | 01/07/2019 | Motion for Miscellaneous Relief | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/09/2019 14:46:28 | | | |
| PACER Login: | dancarpenter:4066878:0 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 3:13-cr-00015-SMR-HCA |
| Billable Pages: | 5 | Cost: | 0.50 |



